**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

CASE NO. 24-14191-CIV-CANNON/Reinhart

**JOANNE HOLSWORTH**,

    Plaintiff,

v.

**MARTIN O'MALLEY,** *Commissioner of Social Security*,

    Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Magistrate Judge Reinhart's Report and Recommendation (the "Report"), issued on August 19, 2025 [ECF No. 27]. The Report recommends the Court grant Plaintiff's Unopposed Motion for Attorney Fees and Costs Under the Equal Access to Justice Act (the "Motion") [ECF No. 26]. Both Plaintiff and Defendant filed Notices of No Objections to the Report [ECF Nos. 28–29]. Upon appropriate review of the unobjected-to Report, the Report [ECF No. 27] is **ACCEPTED**, and Plaintiff's Motion [ECF No. 26] is **GRANTED.**

* * *

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge.

CASE NO. 24-14191-CIV-CANNON/Reinhart

28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784.

Upon full review, the Court finds no clear error of fact or law in the unobjected-to Report. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 27] is **ACCEPTED**.
2. Plaintiff's Motion [ECF No. 26] is **GRANTED**.
3. Plaintiff is awarded a total of $6,447.10 in attorney's fees and $405.00 in costs pursuant to the Equal Access to Justice Act to be paid from the Judgment Fund according to 28 U.S.C. §2412.

**ORDERED** in Chambers at Fort Pierce, Florida, this 25th day of August 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Magistrate Judge Reinhart

2